UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  April Kolody                                                        Case No. 09-36091

          Debtor                                                                Hon. Bruce W. Black

### TRUSTEE'S REPLY TO FEDERAL NATIONAL MORTGAGE ASSOCIATION'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE UNDER RULE 3002.1 (f)

      Glenn Stearns, Chapter 13 Standing Trustee, paid the mortgage arrears in the amount of $2,500 pursuant to the confirmed plan.  Subsequent to confirmation, the mortgage company filed an amended proof of claim with a higher arrears amount but section E5 of the confirmed plan was never amended to pay this higher claim amount.  The debtor's attorney never filed a motion to modify the plan to increase the arrears as agreed to per the Agreed Order Providing for Stay Relief Upon Default entered on November 4, 2011.  The trustee administered the claim per the terms of the confirmed plan.  Therefore, the trustee paid the mortgage arrears correctly as the confirmed plan controls in the Northern District of Illinois, Eastern Division.

Date:  11/5/14                                                                                  /S/  Pamela L. Peterson

                                                                                                   For:  Glenn Stearns, Chapter 13 Standing Trustee